IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANGELA KAY AKINS                                                                               PLAINTIFF

vs.                                          Civil No. 6:22-cv-6083

COMMISSIONER, SOCIAL                                                                      DEFENDANT
SECURITY ADMINISTRATION

**MEMORANDUM OPINION**

Pending now before this Court is Defendant's Motion to Dismiss. ECF No. 9. Plaintiff has not responded to this motion. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 6. Pursuant to this authority, the Court issues this Memorandum Opinion and orders the entry of a final judgment in this matter.

1. **Background:**

Defendant filed a Motion to Dismiss alleging Plaintiff's complaint was untimely filed. Defendant states the complaint was not filed within the statutory time limitation of sixty days following the Commissioner's notice to Plaintiff that her request for review was denied. According to Defendant, on February 4, 2022, the Appeals Council rendered the ALJ's decision the "final decision" of the Commissioner, giving rise to judicial review within 60 days of receipt by Plaintiff. ECF No. 9. On February 25, 2022, Plaintiff filed a request for extension of time to file a civil action. ECF No. 9-1. The Appeals Council granted Plaintiff's request for an extension of time to file a civil action on April 25, 2022 and provided Plaintiff an additional 30 days to file a civil action. *Id.* Therefore, Plaintiff should have commenced her civil action on or before May 30, 2022. This date includes the additional five days for receipt by mail. The

Complaint in this case was filed on July 22, 2022.  ECF. No. 1.

**2. Discussion:**

The only civil action an individual may bring on any claim arising under Title II or Title XVI of the Social Security Act is an action to review the final decision the Commissioner has made after hearing the case.  An individual must commence that action within sixty days after receiving notice of the Commissioner's final decision or within such further time as allowed by the Commissioner.  The Commissioner may extend the time for instituting a civil action upon a claimant's request and showing of good cause. See 42 U.S.C. 405(g); 20 C.F.R. § 422.210(c).

On February 4, 2022, the Appeals Council rendered the ALJ's final decision.  ECF No. 9.  On February 25, 2022, Plaintiff filed a request for extension of time to file a civil action.  ECF No. 9-1.  The Appeals Council granted Plaintiff's request for an extension of time to file a civil action on April 25, 2022 and provided Plaintiff an additional 30 days to file a civil action.  *Id.*  Therefore, Plaintiff should have commenced her civil action on or before May 30, 2022.  Plaintiff filed her complaint on July 22, 2022.  ECF No. 1.  Defendant asserts this filing is untimely.  The Plaintiff has not responded to this Motion to Dismiss.  Based on this, the Court finds Plaintiff's complaint was not filed timely and should be dismissed.

**3. Conclusion:**

Based on the foregoing, Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED**.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED** this **18th day of October 2022**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE